IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| BOB MARLEY a/k/a IROKO PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14-00127 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| DEBRA JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the file, and under 28 U.S.C. § 1915(a), Plaintiff was ordered to pay the filing fee within thirty (30) days of September 25, 2014. To date, Plaintiff has not paid the filing fee nor requested an extension of time.

This action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 28st day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge